# Court of Appeals
# of the State of Georgia

ATLANTA,  September 08, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2208.  IN RE ESTATE OF CARRIE GREENE et al.**

Before us is Appellee's motion to dismiss the above-captioned appeal. This appeal was docketed on July 22, 2015.  As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal.  Therefore, Appellant's brief and enumeration of errors was due no later than August 11, 2015. Appellant failed to file a brief and enumeration of errors or request an extension of time in which to do so by this date. Accordingly, Appellee's motion to dismiss is granted, and Appellant's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  09/08/2015
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*